AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Leonardo Saez Mata ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:25-CV-0106-LJV |
| Merrick B. Garland, et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is dismissed and the case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Lawrence J. Vilardo on a motion for dismissal for lack of jurisdiction based on mootness.

Date: 04/03/2025

CLERK OF COURT

s/Mary C. Loewenguth

*Signature of Clerk or Deputy Clerk*